UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Timothy Levelle Hocutt**                                   **Docket No. 5:14-CR-245-1D**

**Petition for Action on Supervised Release**

COMES NOW Andrew B. Medley, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Timothy Levelle Hocutt, who, upon an earlier plea of guilty to Count 1: Robbery of a Business Engaged in Interstate Commerce (Hobbs Act Robbery) and Aiding and Abetting, 18 U.S.C. §§ 1951(a) and 2; Count 2: Using, Carrying, and Brandishing a Firearm During and in Relation to a Crime of Violence and Aiding and Abetting, in violation of 18 U.S.C. §§ 924(c)(l)(A), 924(c)(l)(A)(ii) and 2; and Count 3: Possession of a Firearm by a Felon, in violation of 18 U.S.C. §§ 922(g)(l) and 924(c)(l), was sentenced by the Honorable James C. Dever III, U.S. District Judge, on August 14, 2015, to the custody of the Bureau of Prisons for a term of 130 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 60 months.

Timothy Levelle Hocutt was released from custody on May 11, 2023, at which time the term of supervised release commenced.

On March 6, 2024, following a revocation hearing for failure to participate in treatment and using a controlled substance, the court revoked the defendant's supervision, sentenced him to 1 month in custody, and placed him back on supervision until May 10, 2028, under the previously imposed conditions of supervision.

Timothy Levelle Hocutt was released from custody on this revocation matter on April 4, 2024, at which time the term of supervised release commenced.

On December 18, 2024, a Petition for Action was approved by the court, modifying the conditions of supervised release to include participation in Mental Health treatment.

On August 6, 2025, a Violation Report was submitted advising the court that the defendant was cited for Misdemeanor Larceny in Wake County, North Carolina. The court permitted supervision to continue pending disposition.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On December 16, 2025, December 23, 2025, and January 28, 2026, the defendant failed to report to the Probation Office as directed. Additionally, the defendant did not maintain appropriate communication with his supervising officer regarding these missed appointments.

Given the defendant's repeated failure to report as directed and lack of appropriate communication with the supervising officer, the imposition of a curfew with GPS location monitoring appears appropriate to promote accountability, ensure compliance with supervision conditions, and deter further noncompliance.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

Timothy Levelle Hocutt
Docket No. 5:14-CR-245-1D
Petition For Action
Page 2

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall adhere to a curfew as directed by the probation officer for a period not to exceed 60 consecutive days. The defendant is restricted to his residence during the curfew hours. The defendant shall submit to the following Location Monitoring: GPS monitoring and abide by all program requirements, instructions and procedures provided by the supervising officer.

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Melissa K. Lunsmann
Melissa K. Lunsmann
Supervising U.S. Probation Officer

/s/ Andrew B. Medley
Andrew B. Medley
U.S. Probation Officer
310 New Bern Avenue, Room 610
Raleigh, NC 27601-1441
Phone: 984-212-1689
Executed On: February 17, 2026

## ORDER OF THE COURT

Considered and ordered this __17__ day of __February__, 2026, and ordered filed and made a part of the records in the above case.

James C. Dever III
U.S. District Judge